RECEIVED
MAR 12 2008
JUDGE SWEET CHAMBERS

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**Sumit Sud**
*Assistant Corporation Counsel*
ssud@law.nyc.gov
(212) 788-1096
(212) 788-9776 (fax)

March 12, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08

**BY HAND DELIVERY**
The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Consolidation granted.
So ordered
Sweet USDJ
3-18-08

Re: Rodolphe Nogbou v. Police Officer Mayrose et al.,
07 Civ. 3763 (RWS)

Rodophe Nobou v. Police Officer LoRe, et al.,
07 Civ. 8515 (RWS)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of these matters. I write to respectfully inform the Court that defendants' letter application dated January 28, 2008, which Your Honor treated as a motion to be heard on submission on Wednesday March 5, 2008, is now fully briefed.

To date, plaintiff *pro se* has not responded to the defendants' motion to dismiss the complaint bearing Docket No. 07 Civ 8515 (RWS) pursuant to Fed. R. Civ. P. 12(f), or in the alternative, to consolidate the case bearing Docket No. 07 Civ. 8515 with plaintiff's previously filed case bearing Docket No. 07 Civ 3763, pursuant to Fed. R. Civ. P. 42(a). The only response from plaintiff has been a submission dated March 4, 2008, entitled "Notice of No Answer to the Complaint After Service". In light of the fact that plaintiff has failed to respond to defendants' motion, defendants respectfully request that Your Honor deem the motion fully briefed and rule on the merits.

Thank you for your consideration of this requests.

Respectfully submitted,

Sumit Sud (SS 2781)
Assistant Corporation Counsel

cc: Rodolphe Nogbou
*Pro Se* Plaintiff
#60326-054
150 Park Row
New York, NY 10007 (by regular mail)