


RECEIVED MAY 2 0 2008 JUDGE SWEET CHAMBERS

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

Sumit Sud
*Assistant Corporation Counsel*
ssud@law.nyc.gov
(212) 788-1096
(212) 788-9776 (fax)

May 20, 2008

**BY FAX (212) 805-7925**
The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

So ordered
Sweet
USDJ
5-20-08

Re: Rodolphe Nogbou v. Police Officer Mayrose et al.,
07 Civ. 3763 (RWS)

Rodophe Nobou v. Police Officer LoRe, et al.,
07 Civ. 8515 (RWS)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of these matters. I write to respectfully request a brief one week enlargement of time for defendants to submit their motion pursuant to Federal Rule Civil Procedure 12(c). Plaintiff is *pro se* and incarcerated and as such could not be reached for his consent to this request. Nonetheless, defendants submit that plaintiff will not be prejudiced by the instant request.

As way of background, April 16, 2008, Your Honor So endorsed both defendants' application to move to dismiss pursuant to 12(c) and defendants' proposed briefing schedule. However, due to unforeseen circumstances, the undersigned will not be able to complete defendants' motion by May 23, 2008, as originally requested. The undersigned was informed yesterday by the Honorable Shira Scheindlin that a trial in the mater of Kareem Annunziata v. City of New York et al., to which I am assigned, has been moved from June 23, 2008 to June 16, 2008. Consequently trial preparation and pre-trial submissions have also been rescheduled to an earlier date.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

Accordingly, defendants respectfully request the revised briefing schedule be adopted:

    Defendants' Motion due: May 30, 2008

    Plaintiff's Opposition due June 30, 2008

    Defendants Reply Brief due: July 18, 2008.

Thank you for your consideration of this request.

Respectfully submitted,

Sumit Sud (SS 2781)<br>
Assistant Corporation Counsel

cc:   Rodolphe Nogbou<br>
      60326-054<br>
      MCC New York<br>
      150 Park Row<br>
      New York, NY 10007  (by regular mail)